AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 24, 2015**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| LARRY E. DAY | ) |
|  | ) Case No: CR-08-00178-LRS-4 |
|  | ) USM No: 12592-085 |
| Date of Original Judgment: 01/14/2010 | ) |
| Date of Previous Amended Judgment: | ) Andrea K. George |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 180 months **is reduced to** 154 .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 01/14/2010 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/24/2015

_____
*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

The Honorable Lonny R. Suko          Senior Judge, U.S. District Court
*Printed name and title*